UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14033R-ROSENBERG/LYNCH

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**LINDA BUCKLEY**

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to **Magistrate Judge Frank J. Lynch** on August 22, 2014. A Report and Recommendation was filed on September 12, 2014 (D.E. 27) recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. 27) of United States Magistrate Judge Frank J. Lynch, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty of count one of the Indictment which charges that the Defendant with embezzlement and conversion of government monies, in violation of Title 18, United States Code, Section 641.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7th day of October, 2014.

                                ROBIN L. ROSENBERG
                                UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Judge
All Counsel Of Record